IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ROSETSKY | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 07-cv-3167 |
| | : | |
| v. | : | |
| | : | |
| | : | Honorable Stewart Dalzell, J. |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS OF THE UNITED STATES | : | |
| OF AMERICA, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment and order dismissing her case entered in this action on February 19, 2008 (at docket item No. 20).

Respectfully submitted,

TIMOTHY M. KOLMAN & ASSOCIATES

By:     /s/ Rufus A. Jennings, Esquire
        Rufus A. Jennings, Esquire
        225 N. Flowers Mill Road
        Langhorne, PA 19047
        (215) 750-3134

Dated:  March 19, 2008