DIANE ROSETSKY, Appellant

v.


NATIONAL BOARD OF MEDICAL EXAMINERS
OF THE UNITED STATES OF AMERICA, INC.