No. 08-1827

Diane Rosetsky vs. National Board of Medical Examiner

# ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

National Board of Medical Examiners of the United States of America, Inc.

Indicate the party's role IN THIS COURT (check only one):

- ☐ Petitioner(s)
- ☐ Appellant(s)
- ☐ Intervenor (s)
- ☐ Respondent(s)
- ☑ Appellee(s)
- ☐ Amicus Curiae

(Type or Print) Counsel's Name: Dolores M. Troiani

☐ Mr. ☑ Ms. ☑ Mrs. ☐ Miss

Firm: Troiani/Kivitz, L.L.P.

Address: 38 North Waterloo Road

City, State, Zip Code: Devon, PA 19333

Phone: 610-688-8400    Fax: 610-688-8426

E-Mail Address (required): dmt@troianikivitz.com

SIGNATURE OF COUNSEL: *[signature] Dolores M Troiani*

RECEIVED MAR 31 2008 U.S. C.A. 3rd

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 12/07/07

No. 08-1827

Diane Rosetsky vs. National Board of Medical Examiner

# ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

National Board of Medical Examiners of the United States of America, Inc.

Indicate the party's role IN THIS COURT (check only one):

- ☐ Petitioner(s)
- ☐ Appellant(s)
- ☐ Intervenor (s)
- ☐ Respondent(s)
- ☑ Appellee(s)
- ☐ Amicus Curiae

(Type or Print) Counsel's Name Bebe H. Kivitz

☐ Mr. ☐ Ms. ☑ Mrs. ☐ Miss

Firm Troiani/Kivitz, L.L.P.

Address 38 North Waterloo Road

City, State, Zip Code Devon, PA 19333

Phone 610-688-8400     Fax 610-688-8426

E-Mail Address (required) bhk@troianikivitz.com

RECEIVED MAR 31 2008 U.S. C.A. 3rd

**SIGNATURE OF COUNSEL:** Bebe H Kivitz

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 12/07/07