OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



April 7, 2008

Rufus A. Jennings
Timothy M. Kolman & Associates
225 North Flowers Mill Road
Langhorne, PA 19047-0000

**RE: Rosetsky v. Natl Bd Med Examiner**
**Case Number: 08-1827**
**District Case Number: 2-07-cv-03167**

Pursuant to our docketing letter dated **03/21/2008.**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**
**Disclosure Statement**
**Civil Information Statement**
**Criminal Information Statement**
**Transcript Purchase Order Form**

As of this date, we have not received your form(s).

The enclosed duplicate form(s) must be completed and received in this office within fourteen days of the date of this letter. **IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO LAR MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Anthony W. Infante*
Anthony W. Infante, Case Manager
267-299-4916