# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1827

Diane Rosetsky vs. National Board of Medical Examiners

## ENTRY OF APPEARANCE

*[RECEIVED stamp: APR 22 2008, U.S.C.A. 3rd, 3:15]*

Please the list names of **all** parties represented, using additional sheet(s) if necessary

Diane Rosetsky

Indicate the party's role IN THIS COURT (check only one):

☐ Petitioner(s)　　☒ Appellant(s)　　☐ Intervenor(s)

☐ Respondent(s)　　☐ Appellee(s)　　☐ Amicus Curiae

(Type or Print) Counsel's Name: Rufus A. Jennings / Wayne A. Ely, Esq.

☒ Mr.　☐ Ms.　☐ Mrs.　☐ Miss

Firm: Timothy M. Kolman and Assoc.

Address: 225 N. Flowers Mill Road

City, State, Zip Code: Langhorne, PA 19047

Phone: 215-750-3134　　Fax: 215-750-3138

E-Mail Address (required): rjennings@kolmanlaw.net

**SIGNATURE OF COUNSEL:** *[signature]*

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV 12/07/07