# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## APPELLEE'S CIVIL INFORMATION STATEMENT



Please type.                    Attach additional pages if necessary.

**COUNSEL FOR APPELLANT: This statement is due to be filed with the Clerk of the Court of Appeals not later than 10 days from the filing of the notice of appeal. COUNSEL FOR APPELLEE: If any information in appellant's statement is incorrect, counsel for appellee is directed to file a copy of this statement not later than 7 days after service.**

| SHORT CAPTION WITH IDENTITY OF APPELLANT | APPEAL FROM DISTRICT COURT |
|---|---|
| Diane Rosetsky v. National Board of Medical Examiners Of the United States of America, Inc. | District: Eastern<br>D.C. Docket No.: 07-03167<br>Date filed in D.C.: August 2, 2007<br>Date NOA filed: March 19, 2008 |

### NAME AND ADDRESS OF COUNSEL ON APPEAL

| Name of Counsel | Address | Telephone No. (incl. FAX #, if any) |
|---|---|---|
| For Appellant(s): | Rufus A. Jennings, Esquire<br>225 North Flowers Mill Road<br>Langhorne, PA 19047 | 215-750-3134<br>215-750-3138 (fax) |
| *For Appellee(s): | Bebe H. Kivitz, Esquire<br>Dolores M. Troiani<br>38 North Waterloo Road<br>Devon, PA 19333 | 610-688-8400<br>610-688-8426 (fax) |

*LIST ONLY THE NAMES OF PARTIES WHO WILL OPPOSE YOU ON APPEAL, TOGETHER WITH THE NAMES AND ADDRESSES OF THEIR ATTORNEYS

Is this a Cross-Appeal?        Yes [ ]   No [x]

Was there a previous appeal in case?   Yes [ ]   No [x]

If yes, Short Title:_____

Docket No.:_____

Citation, if reported:_____

See p. 2.

1

To your knowledge, is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

{A} Arises from substantially the same case or controversy as this appeal? [ ] Yes [x] No

{B} Involves an issue that is substantially the same, similar, or related to an issue in this appeal? [ ] Yes [x] No

If yes, state whether { } "A" or { } "B" or both, and provide:

Case Name: Citation: Court or Agency

Docket No.:

## NATURE OF SUIT
(Check as many as apply)

**1. FEDERAL STATUTES**

[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[x] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT [ ] PATENT OR [ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER (specify):

**2. TORTS**

[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/ WARRANTY
[ ] DIVERSITY
[ ] OTHER (specify):

**3. CONTRACTS**

[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[ ] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] DIVERSITY
[ ] OTHER (specify):

**4. PRISONER PETITIONS**

[ ] CIVIL RIGHTS
[ ] HABEAS CORPUS (2254)
[ ] MANDAMUS AND OTHER
[ ] PAROLE
[ ] VACATE SENTENCE (2255)

**5. OTHER**

[ ] FORFEITURE/PENALTY
[ ] REAL PROPERTY
[ ] TREATY (specify):

[ ] DIVERSITY
[ ] OTHER (specify):

**N.B. ALL CASES EXCEPT THOSE IN CATEGORY 4, ORIGINAL PROCEEDINGS (e.g, mandamus/ prohibition), AND PRO SE CASES ARE SUBJECT TO REFERRAL TO THE COURT'S MEDIATION PROGRAM.**

This is to certify that this civil appeal information statement was mailed to the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 28th day of April, 2008.

_____
(Signature of Counsel)

REV. 02/10/99