# CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **10** days of the date of docketing of the Notice of Appeal. **An original and one (1) copy are required.** Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Rosetsky v. National Board of Medical Examiners of the United States of America, Inc.

USCA NO.: 08-1827

LOWER COURT or AGENCY and DOCKET NUMBER:
07-03167

NAME OF JUDGE: The Honorable Stewart Dalzell

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

See Appellee's Sections 3 (Amount in Controversy and Other Relief Involved) and 5 (Factual and Procedural Background), correcting same.

LIST and ATTACH a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

CONCISE SUMMARY OF THE CASE (cont.)

Provide a short statement of the factual and procedural background which you consider important to this appeal:

Please see attached.

Identify the issues to be raised on appeal:

Please see attached.

This is to certify that Appellee's Concise Summary of the Case was mailed to the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 28th day April, of , 2008 .

_____
(Signature of Counsel)

REV. 04/00
REV. 02/06
Rev. 05/07

# APPELLEE'S CONCISE SUMMARY OF THE CASE

3. **Amount in Controversy and Other Relief Involved**

Appellant filed this action in Federal Court on August 2, 2007. Appellee did not remove this action to Federal Court.

5. **Factual And Procedural Background**

The lower court's opinion summarizes correctly the uncontested facts. Appellant was hired by the National Board of Medical Examiners ("NBME"), when she was forty-seven (47) years old by her supervisor, Kathy Holtzman, who was then aged fifty-five (55). Appellant's assistant position necessarily included some clerical work, as did the work of similarly situated younger NBME colleagues. The record contains no evidence that younger, less experienced employees were promoted to any position for which appellant applied. Plaintiff was terminated as a result of her accelerating insubordinate behavior, not due to her age. The trial court did not abuse its discretion, and correctly awarded summary judgment to Appellee based on the uncontested facts and applicable law.