OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



June 3, 2008

**RE: Rosetsky v. Natl Bd Med Examiner**
**Case Number: 08-1827**
**District Case Number: 2-07-cv-03167**

## NOTICE

The United States Court of Appeals for the Third Circuit has adopted new local rules that require the filing of briefs in both electronic and paper form.. Appendices need not be filed electronically. Electronic filing will be required for any case in which the briefing schedule is issued on November 1, 2004 and after. The rule does not apply to pro se litigants.

The new local rules were adopted after a public comment period pursuant to the provisions of 28 U.S.C. Section 2071(b). Copies of the Local Rules can be downloaded from the court's website at www.ca3.uscourts.gov