# TROIANI/KIVITZ, L.L.P.
— ATTORNEYS AT LAW —

| | | |
|---|---|---|
| DOLORES M. TROIANI, ESQUIRE<br>BEBE H. KIVITZ, ESQUIRE<br><br>KIMBERLY C. GIBNEY, ESQUIRE<br>OF COUNSEL | DEVON OFFICE:<br>38 NORTH WATERLOO ROAD<br>DEVON, PA 19333<br><br>(610) 688-8400<br>FAX (610) 688-8426<br>REPLY TO DEVON OFFICE | PHILADELPHIA OFFICE:<br>THE SOVEREIGN BUILDING<br>714 MARKET STREET, SUITE 205<br>PHILADELPHIA, PA 19106<br><br>(267) 765-1598<br>FAX (215) 634-6195 |

July 21, 2008

Dana Moore, Legal Assistant
United States Court of Appeals for the
Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    RE:    Rosetsky v. Natl Board Med Examiner
              Case Number: 08-1827
              District Case Number: 2-07-cv-03167

Dear Ms. Moore:

Pursuant to my telephone call, we are counsel for the National Board of Medical Examiners, Appellee in this matter. I will be out of the country between July 31, 2008 and August 12, 2008 and have requested a fourteen calendar day extension for submission of Appellee's brief pursuant to Local Rule of Appellate Procedure 31.4. As you advised, Appellee's brief must now be filed no later than September 2, 2008.

Thank you for your assistance and attention to this matter.

                            Very truly yours,

                            Bebe H. Kivitz /cap

                            Bebe H. Kivitz

BHK/cap
cc:    Anthony W. Infante, Case Manager
        Marcia M. Waldron, Clerk
        Shelley Green, Esquire
        Suzanne Williams, Esquire
        Timothy M. Kolman, Esquire
        Rufus A. Jennings, Esquire