OFFICE OF THE CLERK

| MARCIA M. WALDRON | UNITED STATES COURT OF APPEALS | TELEPHONE |
|---|---|---|
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov



March 26, 2009

Rufus A. Jennings Esq.
Bebe H. Kivitz Esq.
Dolores M. Troiani Esq.

RE: Rosetsky v. Natl Bd Med Examiner
Case Number: 08-1827
District Case Number: 2-07-cv-03167

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Thursday, June 11, 2009** in **PHILADELPHIA, PA.** It may become necessary for the panel to move this case to another day within the **week of June 8, 2009**. Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website. Please file your completed acknowledgment form through CM/ECF.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany Washington*
Tiffany Washington, Calendar Clerk
267-299-4905