# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1827

Diane Rosentsky      vs.   National Board of Medical Examiners

Calendar Date  June 11, 2009        Location  Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by:  Bebe H. Kivitz/Dolores M. Troiani

Designation of Arguing Counsel:  Bebe H. Kivitz

Member of the Bar:      X    Yes            No

Representing (check only one):

____ Petitioner(s)    ____ Appellant(s)    ____ Intervenor(s)

____ Respondent(s)    X    Appellee(s)    ____ Amicus Curiae

Please list the name of the lead party being represented:

National Board of Medical Examiners of the United States of America, Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)