OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 22, 2009

Rufus A. JenningsEsq.
Bebe H. KivitzEsq.
Dolores M. TroianiEsq.

RE: Rosetsky v. Natl Bd Med Examiner
Case Number: 08-1827
District Case Number: 2-07-cv-03167

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will

be submitted on the briefs on **Thursday, June 11, 2009** pursuant to 3rd Cir. LAR 34.1(a).

Since there will be no oral argument, your presence will not be required.

Very truly yours,

Marcia M. Waldron

Marcia M. Waldron, Clerk

By: Tiffany Washington
Tiffany Washington, Calendar Clerk
267-299-4905

MMW/TLW

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **McKEE, HARDIMAN and VAN ANTWERPEN, Circuit Judges**