OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 26, 2009

Rufus A. Jennings, Esq.
Timothy M. Kolman & Associates
414 Hulmeville Avenue
Penndel, PA 19047-0000

Bebe H. Kivitz, Esq.
Troiani & Kivitz
131 Lancaster Avenue
Devon, PA 19333-0000

Dolores M. Troiani, Esq.
Troiani & Kivitz
131 Lancaster Avenue
Devon, PA 19333-0000

**RE: Rosetsky v. Natl Bd Med Examiner**
**Case Number: 08-1827**
**District Case Number: 2-07-cv-03167**

ENTRY OF JUDGMENT

Today, **October 26, 2009** the Court has entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
 14 days after entry of judgment.
 45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
 15 pages

Attachments:
 a copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41. Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Anthony W. Infante*
Anthony W. Infante, Case Manager
267-299-4916